ESTHER PITE, Appellant, v. LADEN BUILDING CORPORATION and Others, Defendants, and NORTH WOODSIDE BUILDING MATERIAL CORPORATION and Another, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DI PALO and CARLO CICCONE, Appellants.— Motion to enlarge time granted upon condition that the appeal be perfected for Monday, April sixth, for which day it is ordered on the calendar. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS POMERANTZ, Appellant.— Motion to enlarge time granted upon condition that the appeal be perfected for Monday, April sixth, for which day it is ordered on the calendar. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ULIANO SALVATORI, Appellant.—. Motion to enlarge time granted upon condition that appellant perfect the appeal for the April term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEE MCCANLISS, Respondent, v. IRENE MCCANLISS, Appellant.— Motion to vacate stay pending appeal denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

HARRY SCHWARTZ, Appellant, v. PENN WORSTED COMPANY, Respondent.— Motion to discontinue appeal granted by default. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

EUGENE SHERK, as Receiver of the Property of EUGENE P. CATENA, Respondent, v. LUCILLE CATENA and Others, Appellants, and MILLFIELD REALTY COMPANY and Another, Defendants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

EDWARD STOKES, as Administrator, etc., Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

CORNELIUS T. WILLEMEN, JR., and CARL VOELKER, Copartners, etc., Respondents, v. BURKE BUILDING CO., INC., and Others, Respondents, and INTERBORO ASSOCIATES, INC., Appellant.— Motion to dispense with printing certain exhibits denied. Appellant will be required to produce upon the argument, at the April term, the papers mentioned in its affidavit. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DUPLEX MOTION PICTURE INDUSTRIES, INC., and Others, Appellants, and INTER-CONTINENTAL FILM LABORATORIES, INC., and Another, Defendants.— Motion for stay denied